JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 821

NOV 29 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMERICAN FINANCIAL CORPORATION OF TAMPA/ATLANTIC INN-NARRAGANSETT MOTEL CONDOMINIUM CONTRACT LITIGATION

<u>American Financial Corporation of Tampa v. Arthur Katlotkin</u>, D. Massachusetts, C.A. No. 89-1458-Z,
<u>American Financial Corporation of Tampa v. Alvin Sims</u>, D. Massachusetts, C.A. No. 89-1462-Z
<u>American Financial Corporation of Tampa v. William Sims</u>, D. Massachusetts, C.A. No. 89-1463-Z
<u>American Financial Corporation of Tampa v. Sahag Petrosian</u>, D. Massachusetts, C.A. No. 89-1536-Z
<u>American Financial Corporation of Tampa v. Murray W. Embree</u>, D. Massachusetts, C.A. No. 89-1619-Z
<u>American Financial Corporation of Tampa v. Myron Kazanjian</u>, D. New Hampshire, C.A. No. 89-347-D

## ORDER DEEMING MOTION WITHDRAWN

This matter is before the Panel pursuant to a motion, under 28 U.S.C. §1407, by defendants in the six above-captioned actions for centralization of those six actions in a single district for coordinated or consolidated pretrial proceedings. American Financial Corporation of Tampa (American Financial), the plaintiff in the six actions, responded in support of Section 1407 centralization.

Defendants now request withdrawal of their Section 1407 motion, stating that they have entered into a stipulation with American Financial regarding coordination of discovery in the six actions. American Financial concurs in the request for withdrawal.

IT IS THEREFORE ORDERED that movants' request to withdraw their Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman